**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DANTE ANTWAN HILL,** | **)** | |
| | **)** | |
| **Petitioner,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIV. ACT. NO. 1:21-cv-19-TFM-MU** |
| | **)** | **CRIM. ACT. NO. 1:18-cr-138-TFM-MU** |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

## MEMORANDUM OPINION AND ORDER

On April 27, 2021, the Magistrate Judge entered a report and recommendation which recommends Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc 75) be denied and the petition dismissed. *See* Doc. 78. No objections were filed. Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation (Doc. 78) is **ADOPTED** as the opinion of the Court.[1] The Motion to Vacate, Set Aside, or Correct (Doc. 75) is **DENIED** and this petition **DISMISSED with prejudice**.

**DONE** and **ORDERED** this 17th day of June, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] This is particularly true considering the recent Supreme Court opinion in *Greer v. United States*, --- U.S. ---, --- S. Ct. ---, 2021 U.S. LEXIS 3118, 2021 WL 2405146 (Jun. 14, 2021).