IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANTE ANTWAN HILL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:21-cv-19-TFM-MU |
| ) | CRIM. ACT. NO. 1:18-cr-138-TFM-MU |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Dante Antwan Hill's request to vacate, set aside or correct his sentence (Doc. 75) pursuant to 28 U.S.C. § 2255 is **DENIED** and his petition is **DISMISSED with prejudice**. Further, the Court determines that Petitioner is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 17th day of June, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE